**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6986

MICHAEL RAY ANDERSON, a/k/a Michael Anderson,

Petitioner - Appellant,

versus

MICHAEL PETTIFORD, Warden, Federal
Correctional Institution, Bennettsville,

Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Cameron McGowan Currie, District
Judge.  (8:07-cv-00943-CMC)

Submitted:  August 30, 2007         Decided:  September 11, 2007

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Ray Anderson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Ray Anderson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Anderson v. Pettiford</u>, No. 8:07-cv-00943-CMC (D.S.C. May 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>